NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERNIE BALL, INC.,**
*Plaintiff-Appellee,*

v.

**EARVANA, LLC,**
*Defendant-Appellant.*

---

2012-1276

---

Appeal from the United States District Court for the Central District of California in case no. 06-CV-0384, Judge Jacqueline H. Nguyen.

---

## ON MOTION

---

## ORDER

Earvana, LLC ("Earvana") moves unopposed for an extension of time until August 24, 2012 to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Earvana's motion for an extension of time until August 24, 2012, to file its reply brief is granted.

(2) Earvana's motion for an extension of time until August 13, 2012, to file its reply brief is denied as moot.

FOR THE COURT

__AUG 1 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: G. Henry Welles, Esq.
    Christian E. Iversen, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2012

JAN HORBALY
CLERK